**Eric KHOUNLO, Appellant,**

v.

**JOHN DEERE CREDIT; R. Steven Brubaker, Appellees.**

No. 09–3085.

United States Court of Appeals, Eighth Circuit.

Submitted: June 4, 2010.

Filed: June 9, 2010.

Eric Khounlo, Des Moines, IA, pro se.

Frank Boyd Harty, Debra Lynne Hulett, Nyemaster & Goode, argued, Des Moines, IA, for Appellees.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

PER CURIAM.

Eric Khounlo appeals the district court's[1] order dismissing his pro se employment-discrimination action for failure to prosecute. Khounlo's appeal must be dismissed: his brief does not identify any alleged error by the district court or provide a relevant statement of issues or facts, and therefore it presents nothing for our review. *See Carter v. Lutheran Med. Ctr.*, 87 F.3d 1025, 1026 (8th Cir.1996) (per curiam) (dismissing pro se appeal where brief did not present statement of issues or identify any basis for alleged error). Accordingly, we dismiss this appeal, and we also deny the pending motion to strike as moot.

[1] The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.